IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: FLAT GLASS ANTITRUST LITIGATION (II) | ) ) | Misc. No. 08-180 MDL No. 1942 |
| JELD-WEN, INC., | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 11-658 |
| AGC AMERICA, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

AMBROSE, Senior District Judge

## SUGGESTION OF REMAND

The sole remaining case in the IN RE: FLAT GLASS ANTITRUST LITGATION (II) Multidistrict Litigation is the case of Jeld-Wen, Inc. v. AGC America, Inc. All fact and expert discovery have been completed and this court has ruled on all dispositive motions.[1] The remaining parties at this point are Plaintiff and AGC America, Inc., AGC Flat Glass North America, Inc., Guardian Industries Corporation, Pilkington North America, Inc., and Pilkington Holdings Inc.[2] The case is ready for trial.

On May 7, 2015, this court held a final pretrial conference. At that time, counsel for all parties indicated that remand to the transferor court is appropriate at this time. (ECF No. 169).

Additionally, motions *in limine*, that may be filed, if any, are best determined by the transferor court that will be trying this case. This case will not benefit from any further coordinated proceedings under MDL 1942.

---

[1] A copy of my opinion and order ruling on Defendants' Motion for Summary Judgment is attached hereto as Exhibit A. (ECF No. 107). It summarizes the facts of this antitrust litigation succinctly and will provide guidance to the transferor court in preparation for trial.

[2] PPG Industries, Inc. was terminated from the case via a stipulation from Plaintiff and PPG Industries, Inc. (ECF No. 89).

THEREFORE, this 12th day of May, 2015, pursuant to Rule 10.1(b)(i) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, this suggestion of remand is hereby entered. The Clerk of Court is directed to provide a copy of this order to the Clerk of the Judicial Panel on Multidistrict Litigation.

BY THE COURT:

s/ Donetta W. Ambrose
Donetta W. Ambrose
United States Senior District Judge